**James D. RICH, Petitioner–Appellant,**

v.

**Stephen DOTSON, Respondent–
Appellee.**

**No. 01–7737.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 5, 2002.

Decided Feb. 13, 2002.

James D. Rich, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

James D. Rich seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Rich v. Dotson,* No. CA–00–658 (E.D.N.C. Sept. 25, 2001). We deny Rich's motion for appointment of counsel and his motion to compel. We also deny leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*